

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| JONATHAN MCALLISTER, | § | No. 08-20-00044-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 2 |
| DISCOVERY BANK, | § | of Travis County, Texas |
| Appellee. | § | (TC# C-1-CV-19-004080) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal and this decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF APRIL, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.